**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| PRESTON GARDNER, | ) | NO. CV 12-8907-RGK (MAN) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| E. VALENZUELA, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order: Denying Petition And Dismissing Action With Prejudice; and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 26, 2012

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE